UNITED STATES DISTRICT COURT

FOR THE NOTHERN DISTRICT OF NEW YORK

| PING LIN (A087-481-077) | ) | NOTICE OF VOLUNTARY |
| WEN CAO (A087-481-078) | ) | DISMISSAL PURSUANT |
| | ) | TO RULE 41(a) |
| Plaintiff, | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| JEH JOHNSON, Secretary, | ) | Docket No: 1:16-cv-01052 |
| Department of Homeland Security, | ) | |
| | ) | |
| León Rodríguez, Director, | ) | |
| U.S. Citizenship & Immigration Services, | ) | |
| | ) | |
| Defendants, | ) | |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A) (i) voluntarily dismisses the above-captioned matter.

1. This action shall be dismissed with prejudice, with each party to bear its own costs, expense, and fees

2. The Clerk of the Court is directed to enter Judgment accordingly.

3. That no party hereto is an infant or incompetent.

Dated: January 1, 2018

New York, NY

IT IS SO ORDERED:

/s/ Norman A. Mordue
Norman A. Mordue
Senior U.S. District Judge

Dated: January 2, 2018
Syracuse, NY

Stuart Altman
Attorney at Law
Counsel for Plaintiff
2 Allen Street, Suite 3G
New York, NY 10002

By: _____
Stuart Altman, Esq.
212-625-2446